UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MC-60041-RAR

**MATTHEW ORSO**, *et al.*,

    Plaintiffs,

v.

**TODD DISNER**, *et al.*,

    Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon United States Magistrate Judge Jared M. Strauss's Report and Recommendation [ECF No. 23] ("Report"), filed on March 22, 2022. The Report recommends that the Court grant Plaintiff's Motion for Final Judgment in Garnishment ("Motion") [ECF No. 22]. *See* Report at 1. The time for objections has passed, and there are no objections to the Report.

When a magistrate judge's "disposition" has properly been objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). However, when no party has timely objected, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72 advisory committee's notes (citation omitted). Although Rule 72 itself is silent on the standard of review, the Supreme Court has acknowledged Congress's intent was to only require a *de novo* review where objections have been properly filed, not when neither party objects. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate [judge]'s factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to

those findings."). In any event, the "[f]ailure to object to the magistrate [judge]'s factual findings after notice precludes a later attack on these findings." *Lewis v. Smith*, 855 F.2d 736, 738 (11th Cir. 1988) (citing *Nettles v. Wainwright*, 677 F.2d 404, 410 (5th Cir. 1982)).

Because there are no objections to the Report, the Court did not conduct a *de novo* review. Rather, the Court reviewed the Report for clear error. Finding none, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report [ECF No. 23] is **AFFIRMED AND ADOPTED**.

2. The Motion [ECF No. 22] is **GRANTED**.

3. Final judgment against Garnishee BB&T Bank will be entered via separate order pursuant to Federal Rule of Civil Procedure 58.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 18thth day of April, 2022.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE